## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: :                                                    Case No. 2:22-20823-GLT

ULOCK INC.                                                  Chapter 07

Debtor(s).

―――――――――――――――――――――――――――――――――――――――――――――――――――――

U LOCK INC.,                                                Adv No. 2:22-ap-2048

         Plaintiff,

    v.

CHRISTINE BIROS,

         Defendant.

―――――――――――――――――――――――――――――――――――――――――――――――――――――


SHANNI SNYDER

Movant(s),


v. :


U LOCK INC.,
CHRISTINE BIROS,
WILLIAM OTTO,
ROBERT H. SLONE, TRUSTEE (U LOCK)
CHARLES O. ZEBLEY JR., TRUSTEE (Shanni Snyder),

Respondent(s).

### ORDER

     AND NOW this _____ day of _____, 2022, upon
consideration of the Motion for Leave to Intervene or Join and to add a party it is hereby
ORDERED, ADJUDGED, and DECREED that Shanni Snyder is granted leave to intervene
pursuant to Rule 7024.  She is JOINED as a Plaintiff pursuant to Rule 7021.  William Otto is
ADDED as a DEFENDANT pursuant to Rule 7020.  The Proposed Intervenor's Complaint is
directed to be FILED as a the Intervenor's Complaint.


                                 _____
                                 U.S. Bankruptcy Judge