UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 23-2293

_____

In re:  U LOCK INC.,
Debtor

U LOCK, INC.,
Appellant

v.

CHRISTINE BIROS

_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Nos. 2:22-cv-01284; 2:22-cv-01222; 22-ap-02048)
U.S. District Judge:  Honorable Nora B. Fischer

_____

Submitted Under Third Circuit L.A.R. 34.1(a)
December 6, 2024

_____

Before: SHWARTZ, MATEY, and McKEE, Circuit Judges.

_____

JUDGMENT

_____

This cause came to be considered on the record before the United States District

Court for the Western District of Pennsylvania and was submitted under Third Circuit

L.A.R. 34.1(a) on December 6, 2024.

On consideration whereof, it is now hereby ORDERED AND ADJUDGED by this

Court that the order of the District Court entered on June 21, 2023, is hereby VACATED

AND REMANDED.  Costs will not be taxed.  All of the above in accordance with the

Opinion of this Court.


ATTEST:


s/ Patricia S. Dodszuweit
Clerk

Dated: January 13, 2025